UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALPS Property & Casualty Insurance Company<br>    Plaintiff<br><br>v.<br><br><br>Langrock Sperry & Wool, LLP, and<br>Jay R. McLaughlin,<br>    Defendants | Case No. 2:21-cv-00069-cr |

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter is hereby dismissed, without prejudice. Each party will bear its own costs and attorneys' fees.

August 10, 2021

        ALPS Property & Casualty Insurance Co.
        By Its Attorneys


        */s/ William L. Boesch*
        William L. Boesch
        Sugarman Rogers Barshak & Cohen, P.C.
        101 Merrimac Street
        Boston, MA 02114
        617-227-3030
        boesch@sugarmanrogers.com

        Langrock Sperry & Wool, LLP
        By Its Attorneys


        */s/ Daniel L. Burchard*
        Daniel L. Burchard
        McCormick Fitzpatrick Kasper & Burchard, P.C.
        40 George Street, P.O. Box 638
        Burlington, VT 05402-0638
        802-863-3494
        dlb@mc-fitz.com

                                                                           JAY R. MCLAUGHLIN
                                                                           By His Attorneys

                                        */s/ Gregory A. Weimer*
                                        Gregory A. Weimer
                                        KIRKPATRICK & GOLDSBOROUGH, PLLC
                                        1233 Shelburne Road, Suite E-1
                                        Lakewood Commons
                                        South Burlington, VT 05403
                                        802-651-0960
                                        gweimer@vtlawfirm.com

**Certificate of Service**

     I hereby certify that on the above date, I filed this document via the Court's ECF system, and am relying on that system to effect service on the parties' counsel, all of whom are registered users.

                                        */s/ William L. Boesch*